UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | **2:26-cv-00523-MCS-E** | Date | February 12, 2026 |
|---|---|---|---|
| Title | *Figueroa v. Porsche Cars N. Am., Inc.* | | |

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER RE: REMAND (JS-6)**

The Court issued an order to show cause why the case should not be remanded for lack of subject-matter jurisdiction and instructed Defendant to respond by February 11, 2026. (OSC, ECF No. 12.) Defendant failed to respond by the deadline. Instead, the parties filed a joint notice of settlement and represented that they expect to file a stipulation of dismissal within 60 days after the filing of the notice. (Notice, ECF No. 13.)

The Court construes Defendant's lack of response as a concession that it cannot show by a preponderance of the evidence that the amount in controversy exceeds the jurisdictional threshold of $75,000. Despite the notice of settlement, without proper subject-matter jurisdiction, the Court is unable to take any further action on the case if the settlement falls through or if the parties seek any other type of relief. *See Bristol v. Hughes*, No. 2:16-CV-705 JCM (CWH), 2018 U.S. Dist. LEXIS 239888, at *4 (D. Nev. Oct. 23, 2018) ("If a court determines at any time that it lacks subject matter jurisdiction over an action, it must dismiss or remand the case as appropriate." (citing *Weeping Hollow Ave. Tr. v. Spencer*, 831 F.3d 1110, 1114 (9th Cir. 2016))).

Accordingly, on its own motion, the Court remands the case for want of jurisdiction. The Court remands the action to the Los Angeles County Superior Court, No. 25STCV35034. The Court directs the Clerk to effect the remand immediately and close the case.

**IT IS SO ORDERED.**